# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

159527 & (91)(93)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BRODERICK DAVID SAVAGE, a/k/a
BRODERICK CHRISTOPHER SEAWRIGHT,
     Defendant-Appellant.

_____/

SC: 159527
COA: 339417
Livingston CC: 16-023638-FC

On order of the Court, the application for leave to appeal the April 23, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019



Clerk

a1113